IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS DEWAYNE GRIGGS, # 212909, | * * * |
| Petitioner, | * * |
| vs. | * CIVIL ACTION NO. 21-00077-JB-B * * |
| KAREN WILLIAMS, | * * |
| Respondent. | * |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 31, 2024 (Doc. 11) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Travis Dewayne Griggs' habeas corpus petition is **DISMISSED with prejudice** as time-barred pursuant to 28 U.S.C. § 2244(d)(1), and that Petitioner Griggs is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 22nd day of February, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE