IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TRAVIS DEWAYNE GRIGGS, | * |
| # 212909, | * |
| | * |
| Petitioner, | * |
| | * CIVIL ACTION NO. 21-00077-JB-B |
| vs. | * |
| | * |
| KAREN WILLIAMS, | * |
| | * |
| Respondent. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, Karen Williams, and against the Petitioner, Travis Dewayne Griggs, and that Petitioner Griggs is not entitled to a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 22nd day of February, 2024.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE