IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TRAVIS DEWAYNE GRIGGS,** | * |
| **# 212909,** | * |
| | * |
|     Petitioner, | * |
| | * CIVIL ACTION NO. 21-00077-JB-B |
| vs. | * |
| | * |
| **KAREN WILLIAMS,** | * |
| | * |
|     Respondent. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent, Karen Williams, and against the Petitioner, Travis Dewayne Griggs, and that Petitioner Griggs is not entitled to a certificate of appealability and is not entitled to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 2nd day of July, 2024.

                                                    /s/ JEFFREY U. BEAVERSTOCK
                                                  CHIEF UNITED STATES DISTRICT JUDGE